IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ALFREDO GARCIA, also known as | ) | |
| Afredo Garcia-Hill, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against Afredo Garcia providing that the defendant shall take nothing and his motion pursuant to 28 U.S.C. § 2255 is denied with prejudice.

April 12, 2007.                                          BY THE COURT:

                                                         *s/Richard G. Kopf*
                                                         United States District Judge